

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00154-CV

**IN RE** V.O. **CARDEN** Jr.

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

On March 6, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and the responses filed on behalf of the real parties in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 2nd, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-0700176CVL, styled *Brett Radcliffe, Robert Radcliffe and Mamba Minerals, LLC v. Double Eagle Development, LLC and Tidal Petroleum, Inc.*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Donna S. Rayes presiding.